AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 23-8224MB ~~3985883-PMN~~ | Date and time warrant executed: 04/20/2023 @ 1249 hrs | Copy of warrant and inventory left with: USPS |
|---|---|---|
| **Inventory made in the presence of:** Inspector J. Keenan and Inspector M. Murrow | | **USPS Tracking Number:** 9505513723753108774428 |

**Inventory of the property taken and name of any person(s) seized:**
Priority Mail Parcel Label No.9505513723753108774428, addressed to Paul Dominguez, 734 N. Grand Ave., Santa Ana, CA 92701 with a return address of David Henderson, 1317 W. Taylor St., Phoenix, AZ 85007 contained no contraband.

Nothing seized.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/24/2023

Andrea Brandon
Digitally signed by Andrea Brandon
Date: 2023.04.24 10:02:21 -07'00'

*Executing officer's signature*

Andrea Brandon, Postal Inspector
*Printed name and title*